■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAROLD REED, Appellant. [650 NYS2d 1004] —Appeal by the defendant from a judgment of the County Court, Nassau County (Boklan, J.), rendered November 8, 1995.

Ordered that the judgment is affirmed (see, People v Pellegrino, 60 NY2d 636). Miller, J. P., Ritter, Sullivan, Friedmann and Krausman, JJ., concur.